

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

David Turney, Appellant

No. 06-19-00040-CR  v.

The State of Texas, Appellee

Appeal from the 202nd District Court of Bowie County, Texas (Tr. Ct. No. 17F0519-202). Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment by deleting the incorrect statutory reference and by substituting in its stead Texas Penal Code Section 21.02. As modified, the judgment of the trial court is affirmed.

We note that the appellant, David Turney, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED OCTOBER 11, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk